# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOSHUA MARK TAYLOR,

        Plaintiff,

        v.

UNITED STATES DEPARTMENT OF
JUSTICE EXECUTIVE OFFICE FOR
UNITED STATES ATTORNEYS,

        Defendant.

Civil Action No. 20-927 (JMC)

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendant's Motion for Summary Judgment, ECF 12, is **GRANTED**,

and Plaintiff's Cross-Motion for Summary Judgment, ECF 19, is **DENIED**; it is further

**ORDERED** that judgment is entered in Defendant's favor, and that this case be closed.

This is a final appealable order.

DATE: March 31, 2023

_____
Jia M. Cobb
U.S. District Court Judge